**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: | 8:26-cr-222-RAL-AEP | DATE: | July 7, 2026 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | **INTERPRETER:** | X. Keough sworn |
| UNITED STATES OF AMERICA | | **LANGUAGE:** | spanish |
| v. | | **GOVERNMENT COUNSEL** Christian Adkins AUSA | |
| ELVIN RAFAEL RAMOS-CARDONA | | **DEFENSE COUNSEL** Ryan Maguire AFPD | |
| **COURT REPORTER:**   DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME** | 2:34 to 2:46    **TOTAL:** 12 MIN | **PRETRIAL:** | C. Cohen |
| | | **COURTROOM:** | 10A |

**PROCEEDINGS: INITIAL APPEARANCE, ARRAIGNMENT**

Defendant provided a copy of the indictment.      Arrested: 7/7/2026
Court summarizes the charges and advises Defendant of Rule 5 rights.

Oral motion for appointment of counsel. Court finds defendant unable to afford counsel and grants motion.
Court appoints Public Defender's office.

Bond:    Government is seeking detention. Illegal immigrant, detainer filed. Proffer of counsel.
         Defendant moves for bond.    Proffer of counsel. Ties to the community; has business. GPS monitor. Secured
         bond.

Court:    Bond is denied – defendant is ordered detained.

INDICTMENT FILED AND COPIED TO DEFENDANT
DEFENDANT WAIVED READING OF INDICTMENT

NOT GUILTY PLEA ENTERED AS TO ALL COUNTS
STATUS CONF: August 14, 2026 at 9:00 am
TRIAL TERM: September 2026 beginning week of Sept. 8

Oral motion for discovery.    Oral motion for reciprocal discovery.
Government to provide Rule 16(a); Defendant to provide Rule 16(b).
Referred to Magistrate Judge Porcelli for pretrial discovery order.    Pretrial discovery order to be electronically filed.

Oral Order of Rule 5 Due Process.    Defendant remanded.