AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>Elvin Rafael Ramos-Cardona<br>a/k/a Elvin Rafael Ramos-Cordona<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 8:26-cr-222-RAL-AEP |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Elvin Rafael Ramos-Cardona a/k/a Elvin Rafael Ramos-Cordona                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Illegal Re-Entry by Deported Alien.
In Violation of: 8 U.S.C. § 1326(a).


Date:  06/24/2026                                   _____
                                                        *Issuing officer's signature*

City and state:          Tampa, Florida                    MEGAN MANN, Clerk, United States District Court
                                                        *Printed name and title*  AMPARO MORENO

---

### Return

This warrant was received on *(date)*  06/24/26    , and the person was arrested on *(date)*  07/07/26
at *(city and state)*  BRADENTON, FL              .

Date:  07/07/26                              SA _____
                                                 *Arresting officer's signature*

                                                 NICHOLAS H POTITO SPECIAL AGENT
                                                 *Printed name and title*

RECEIVED U.S. MARSHALS
2026 JUN 24 PM 2:57

JUL 7 2026 PM1:27
FILED - USDC - FLMD - TPA