**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                          **Case No.: 8:26-cr-222-RAL-AEP**

**ELVIN RAFAEL RAMOS-CARDONA**
_____/

**<u>NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL</u>**

The Office of the Federal Public Defender has been appointed by the Court to

represent the Defendant in the above-styled cause. The Clerk is requested to enter

the appearance of Regine Etienne, Assistant Federal Defender, as counsel for the

Defendant, and to withdraw the name of Ryan J. Maguire, Assistant Federal

Defender, as notice counsel for the Defendant.

Respectfully submitted July 9, 2026.

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Regine Etienne*
Regine Etienne, Esq.
Assistant Federal Public Defender
Florida Bar No. 123537
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: regine_etienne@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 9, 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Christian Adkins

*/s/ Regine Etienne*
Regine Etienne, Esq.
Assistant Federal Public Defender
